IN RE GREEN

No. 2 PC.

Case below: 27 N.C. App. 555.

Petition by Julian H. Jackson for discretionary review under G.S. 7A-31 denied 6 January 1976. Motion of Julian H. Jackson to dismiss appeal for lack of substantial constitutional question allowed 6 January 1976.

MATHIAS v. BRUMSEY

No. 128 PC.

Case below: 27 N.C. App. 558.

Petition by Plaintiff Taylor for discretionary review under G.S. 7A-31 denied 6 January 1976.

MILLING Co. v. HETTIGER

No. 103 PC.

Case below: 27 N.C. App. 76.

Petition for discretionary review under G.S. 7A-31 denied 6 January 1976.

OESTREICHER v. STORES, INC.

No 126 PC.

Case below: 27 N.C. App. 330.

Petition for discretionary review under G.S. 7A-31 allowed 6 January 1976.

STATE v. CALDWELL

No. 15.

Case below: 27 N.C. App. 323.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 January 1976.